UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Maria D'Amaro, Civ. File No. 00-1821 (PAM/SRN)

Plaintiff,

v. **ORDER**

Dr. J. Joyce, Dr. Swedlund, and
the Mayo Clinic,

Defendants.

---

This matter is before the Court on Plaintiff's Motion for an Extension of Time in which to file a Notice of Appeal. Plaintiff seeks to appeal this Court's Order of May 24, 2001, granting Defendants' motion for summary judgment. Plaintiff is pro se, and she claims that health problems have precluded her from gathering the necessary facts for her appeal. Plaintiff may not be aware that a Notice of Appeal may be a single-page document that merely sets forth the names of the parties, the Order appealed from, and the court to which the appeal is taken. See Fed. R. App. P. 3(c). The Court of Appeals does not require any briefs or other materials to be submitted with a Notice of Appeal. However, because the time for Plaintiff to file her Notice of Appeal will run in four days, and because Plaintiff has shown good cause for her failure to submit a timely Notice, the Court will grant her Motion for an extension of time. See Fed. R. App. P. 4(a)(5).

FILED JUN 26 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion for an Extension of Time (Clerk Doc. No. 21) is **GRANTED**, and Plaintiff may file a Notice of Appeal on or before July 31, 2001.

Dated: June 25, 2001

Paul A. Magnuson
United States District Court Judge