UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Maria D'Amaro, Civ. File No. 00-1821 (PAM/SRN)

Plaintiff,

v. **ORDER**

Dr. J. Joyce, Dr. Swedlund, and
the Mayo Clinic,

Defendants.

---

This matter is before the Court on Plaintiff's Application to Proceed Without Prepayment of Fees on appeal. Plaintiff is pro se, and seeks to appeal this Court's Order of May 24, 2001, granting Defendants' Motion for Summary Judgment.

Under 28 U.S.C. § 1915, the Court may authorize a plaintiff to take an appeal without prepaying the appellate filing fee. The Court must determine whether Plaintiff is indeed indigent, and whether her appeal is taken in good faith. See 28 U.S.C. §§ 1915(a)(1) and (a)(3). Plaintiff avers that she has no income aside from $637.00 per month in social security payments. The Court finds that she is indigent within the meaning of § 1915.

The Court further determines that the appeal is taken in good faith. Although the Court believes that its decision was correct, reasonable minds may differ. Moreover, Plaintiff clearly believes in the merit of her contentions. She should have the opportunity to present her case to the Court of Appeals.

FILED JUL 20 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed Without Prepayment of Fees on Appeal (Clerk Doc. No. 24) is **GRANTED**.

Dated: July 20, 2001

Paul A. Magnuson
United States District Court Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500